UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAIZY FELBERBAUM,

                        Plaintiff,                    JUDGMENT

v.                                                 19-cv-4249 (KAM)(VMS)

MANDARICH LAW GROUP, LLP,

                        Defendant.
-------------------------------------------------------------X

        A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on January 27, 2022, granting Defendant's motion for summary judgment in its entirety; and denying Plaintiff's motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted in its entirety; that Plaintiff's motion for summary judgment is denied; and that judgment is hereby entered in favor of Defendant.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       January 31, 2022                                        Clerk of Court

                                                                By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk